DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHANIQUA BROWN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0244

[April 18, 2024]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard Coates, Jr., Judge; L.T. Case No. 502015CF002510AXXX.

Shaniqua Brown, Florida City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CIKLIN and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***